IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RAY ANTHONY WARD,<br>    ID # 633106,<br>        Plaintiff,<br>vs.<br><br>THE STATE OF TEXAS, et al.,<br>        Defendants. | No. 3:16-CV-3307-N |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's claims against the State of Texas, for habeas relief, and for monetary damages against the judges in their official and individual capacities will be dismissed with prejudice under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i). His remaining claims against the defendants, including any claims for declaratory and injunctive relief against them in their official capacities, will be dismissed with prejudice as frivolous under §§ 1915A(b)(1) and 1915(e)(2)(B)(i) until he satisfies the conditions in *Heck v. Humphrey*, 512 U.S. 477 (1994).

    SIGNED this 29th day of March, 2019.

                                                    _____
                                                  UNITED STATES DISTRICT JUDGE